Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-15272 (ABA)**

Richard K. Mc Ghee, Sr.  
729 North Indiana Avenue  
Atlantic City, NJ  08401

Monthly Payment: $324.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/06/2020 | $265.00 | 05/07/2020 | $265.00 | 06/03/2020 | $265.00 | 07/14/2020 | $265.00 |
| 08/04/2020 | $325.00 | 09/09/2020 | $325.00 | 10/05/2020 | $324.00 | 11/05/2020 | $324.00 |
| 12/07/2020 | $324.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICHARD K. MC GHEE, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VINCENT E. VILLAMOR, ESQUIRE | 13 | $3,200.00 | $2,170.18 | $1,029.82 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,038.48 | $0.00 | $2,038.48 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $624.37 | $0.00 | $624.37 | $0.00 |
| 3 | LAKEVIEW LOAN SERVICING, LLC | 24 | $14,381.98 | $0.00 | $14,381.98 | $0.00 |
| 4 | MERRICK BANK | 33 | $3,704.29 | $0.00 | $3,704.29 | $0.00 |
| 5 | NJSVS | 24 | $3,573.35 | $0.00 | $3,573.35 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $504.38 | $0.00 | $504.38 | $0.00 |
| 7 | SCHARTA WILLIAMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SHORE MED CTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | RICHARD KENNETH MCGHEE SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | VINCENT E. VILLAMOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STATE OF NEW JERSEY | 33 | $227.00 | $0.00 | $227.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2020 | 2.00 | $0.00 |
| 07/01/2020 | Paid to Date | $1,060.00 |
| 08/01/2020 | 57.00 | $324.00 |
| 05/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,682.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $296.78 |
| Arrearages: | ($2.00) |
| Attorney: | VINCENT E. VILLAMOR, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**