Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−15272−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Kenneth McGhee Sr.
   729 N Indiana Ave
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−7179

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/7/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2022
JAN: har

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                            Case No. 20-15272-ABA
Richard Kenneth McGhee, Sr.                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin             Page 1 of 2
Date Rcvd: Jul 07, 2022             Form ID: 148             Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Kenneth McGhee, Sr., 729 N Indiana Ave, Atlantic City, NJ 08401-2109 |
| 518839846 | + | Lakeview Loan Servicing, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518792878 | + | NJ MVC, ATTN Surcharge Unit, PO Box 160, Trenton, NJ 08666-0160 |
| 519013134 | + | NJSVS, PO Box 136, Trenton, NJ 08666-0136 |
| 518917337 | + | STATE OF NEW JERSEY DEPARTMENT OF LABOR, PO BOX 951, TRNTON, NJ 08625-0951 |
| 518792880 | + | Scharta Williams, 729 N Indiana Av, Atlantic City, NJ 08401-2109 |
| 518792881 | + | Shore Med Ctr, 100 Medical Center, Somers Point, NJ 08244-2300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518792874 | | EDI: JEFFERSONCAP.COM | Jul 08 2022 00:33:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 518848381 | | EDI: JEFFERSONCAP.COM | Jul 08 2022 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518795968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2022 20:36:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518792875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2022 20:36:06 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518857812 | + | Email/Text: camanagement@mtb.com | Jul 07 2022 20:33:00 | Lakeview Loan Servicing, c/o M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 518792876 | | Email/Text: camanagement@mtb.com | Jul 07 2022 20:33:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 518807898 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2022 20:36:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518792877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2022 20:36:15 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518792879 | | EDI: PRA.COM | Jul 08 2022 00:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518802896 | | EDI: PRA.COM | Jul 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518792882 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 07 2022 20:33:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 07, 2022 | Form ID: 148 | Total Noticed: 20 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Melissa N. Licker | on behalf of Creditor Lakeview Loan Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent E. Villamor | on behalf of Debtor Richard Kenneth McGhee Sr. vevillamor@gmail.com, vevillamor@gmail.com |

TOTAL: 6